## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-cv-00129-JRS-MG |
| ) | |
| TRIPLE 7 COMMODITIES, INC. and ) | |
| ROBERT CHRISTIANSEN, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

Plaintiff Ionji, LLC d/b/a Ionji Consulting ("Ionji" or "Plaintiff"), by counsel, pursuant to Fed. R. Civ. P. 55(b)(2) and this Court's *Order on Default Judgment* [Filing No. 21], respectfully moves the court for default judgment against Defendants Triple 7 Commodities, Inc. ("T7C") and Robert Christiansen ("Christiansen") (collectively, "Defendants"), jointly and severally, and in support thereof, alleges and states as follows:

1. On January 20, 2023, Ionji filed its *Complaint for Damages* against Defendants ("Complaint"). [Filing No. 1].

2. On January 27, 2023, pursuant to Fed. R. Civ. P. 4, T7C was duly served with a Summons and Complaint via certified mail. [Filing No. 12].

3. On January 28, 2023, pursuant to Fed. R. Civ. P. 4, Christiansen was duly served with a Summons and Complaint via certified mail. [Filing No. 13].

4. The time within which Defendants may plead or otherwise defend has expired. Defendants have not pled, answered or otherwise defended and the time within which to do so has not been extended.

5. On February 22, 2023, pursuant to Fed. R. Civ. P. 55(a), Plaintiff filed its *Motion for Entry of Default as to T7C* and *Motion for Entry of Default as to Christiansen*. [Filing Nos. 15-16].

6. On March 13, 2023, pursuant to Fed. R. Civ. P. 55(a), the Clerk of the U.S. District Court for the Southern District of Indiana entered default against Defendants. [Filing Nos. 18-19].

7. Upon belief, Defendants are not in the military service of the United States and are not incompetent or minors. See *Affidavit of B.J. Brinkerhoff* attached hereto as **Exhibit A**.

8. Plaintiff has suffered damages and incurred attorneys' fees which are recoverable in this action.

9. To date, Plaintiff has incurred attorneys' fees and costs in the amount of Seven Thousand Two Hundred Ninety-Two Dollars and Zero Cents ($7,292.00). See *Affidavit of B.J. Brinkerhoff* attached hereto as **Exhibit A**.

10. Pursuant to Fed. R. Civ. P. 55, Plaintiff is entitled to a default judgment against Defendants in the following amount:

| | |
|---|---|
| Outstanding Principal | $603,674.27 |
| Christiansen Buy-Out Fee | $75,000.00 |
| Late Fees on December Payment | $225.00 |
| Interest through December 2022 | $6,036.74 |
| TOTAL THROUGH DECEMBER 2022 | $684,936.01 |
| TOTAL INCLUDING DEFAULT INTEREST | $760,172.75 |
| Plus Attorneys' Fees & Costs | $7,292.00 |
| **TOTAL** | **$767,464.75** |

See *Affidavit of B.J. Brinkerhoff* attached hereto as **Exhibit A** and *Affidavit of Fred Melenchuk* attached hereto as **Exhibit B**.

WHEREFORE, Plaintiff Ionji, LLC d/b/a Ionji Consulting, by counsel, respectfully requests that the Court grant its Amended Motion for Default Judgement and enter default judgment against Defendants Triple 7 Commodities, Inc. and Robert Christiansen, jointly and severally, in the amount of Seven Hundred Sixty-Seven Thousand Four Hundred Sixty-Four Dollars and Seventy-Five Cents ($767,464.75), and for all other relief just and proper in the premises.

Respectfully submitted,

*s/ William J. Brinkerhoff*
B.J. Brinkerhoff, Attorney No. 24811-53
Olivia N. Daily, Attorney No. 36342-55
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204
Phone: (317) 220-6290
Fax: (317) 220-6291
bjbrinkerhoff@jbjlegal.com
odaily@jbjlegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on July 31, 2023 a copy of the foregoing was filed electronically with the Clerk of the Court via the ECF/CM system which sent notification of such filing to counsel of record. Parties may access this filing through the Court's system.  I hereby further certify that a copy of the foregoing has been served upon the individual[s] listed below by depositing same in the United States Mail, first class postage prepaid on July 31, 2023:

Triple 7 Commodities, Inc.
c/o Highest Corporate Officer
5540 KY 1809
Barbourville, KY 40906

Robert Christiansen
30736 Satinleaf Run
Brooksville, FL 34602

            *s/William J. Brinkerhoff*
            B.J. Brinkerhoff