UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-00129-JRS-MG |
| TRIPLE 7 COMMODITIES, INC. Default Entered on 3/13/2023, ROBERT CHRISTIANSEN Default Entered on 3/13/2023, | ) ) ) ) ) ) |
| Defendants. | ) |

**Order on Motions for Default**

Plaintiff having complied with the requirements set forth in the Court's July 17, 2023, Order on Default Judgment, (ECF No. 21), the Amended Motion for Default Judgment, (ECF No. 22), is **granted** for the reasons discussed in the prior Order. (Plaintiff's initial Motion for Default Judgment, (ECF No. 20), is **denied as moot**.) Final judgment shall issue separately.

**SO ORDERED.**

Date: 08/14/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William J. Brinkerhoff
JESELSKIS BRINKERHOFF AND JOSEPH LLC
bjbrinkerhoff@jbjlegal.com

Olivia Nichole Daily
Jeselskis Brinkerhoff & Joseph
odaily@jbjlegal.com