UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:23-cv-00129-JRS-MG |
| TRIPLE 7 COMMODITIES, INC. and ROBERT CHRISTIANSEN, | ) ) ) ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Plaintiff Ionji, LLC d/b/a Ionji Consulting ("Ionji" or "Plaintiff"), by counsel, has moved the Court for entry of default judgment against Defendants Triple 7 Commodities, Inc. ("T7C") and Robert Christiansen ("Christiansen") (collectively, "Defendants") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and has submitted affidavits in support thereof. The Court, being duly advised, now finds as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to a default judgment against Defendants, jointly and severally, in the amount of Seven Hundred Sixty-Seven Thousand Four Hundred Sixty-Four Dollars and Seventy-Five Cents ($767,464.75), inclusive of default interest, late fees and attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 08/14/2023

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

*Distribution to all counsel of record by operation of the Court's ECF system.*